IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

JAMES D. SMITH,

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

      Appellant,

v.                                   CASE NO. 1D16-5826

STATE OF FLORIDA,

      Appellee.

_____/

Opinion filed November 6, 2017.

An appeal from the Circuit Court for Duval County.
Lance M. Day, Judge.

James D Smith, pro se, Appellant.

Pamela Jo Bondi, Attorney General, Tallahassee, for Appellee.

PER CURIAM.

      DISMISSED.  Fla. R. App. P. 9.140(b)(3).

WINOKUR, JAY, and WINSOR, JJ., CONCUR.